**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-26-0000113
04-MAY-2026
08:22 AM
Dkt. 22 OAWST**

NO. CAAP-26-0000113


IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


IN THE MATTER OF UNITED PUBLIC WORKERS, AFSCME, LOCAL 646, AFL-CIO, Complainant-Appellant-Appellant,
and
TOMMY JOHNSON, DIRECTOR, DEPARTMENT OF CORRECTIONS AND REHABILITATION, STATE OF HAWAIʻI AND DEPARTMENT OF CORRECTIONS AND REHABILITATION (2005-007), Respondents-Appellees-Appellees,
and
HAWAIʻI LABOR RELATIONS BOARD; DWIGHT TAKAMINE; STACY MONIZ; and CLARK HIROTA, Agency-Appellees-Appellees.


APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CASE NO. 1CCV-25-0000804)


ORDER APPROVING STIPULATION TO DISMISS APPEAL
(By: Leonard, Presiding Judge, McCullen and Gluck, JJ.)

Upon consideration of the Stipulation to Dismiss Appeal with Prejudice (**Stipulation**), filed March 13, 2026, by Complainant/Appellant-Appellant United Public Workers, AFSCME, Local 646, AFL-CIO, the papers in support, and the record, it appears that (1) the appeal has been docketed; (2) under Hawaiʻi Rules of Appellate Procedure Rule 42(b), the parties stipulate to dismiss the appeal with prejudice and bear their own

attorneys' fees and costs; and (3) the Stipulation is signed by counsel for all appearing parties.

Therefore, IT IS HEREBY ORDERED that the Stipulation is approved and the appeal is dismissed with prejudice.  The parties shall bear their own attorneys' fees and costs.

DATED:  Honolulu, Hawai'i, May 4, 2026.

/s/ Katherine G. Leonard
Presiding Judge

/s/ Sonja M. P. McCullen
Associate Judge

/s/ Daniel M. Gluck
Associate Judge